UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF INTENT TO FILE AN INFORMATION** |
| v. | |
| ERDEN ARKAN, | |
| Defendant. | |

# 25 CRIM 013

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
       December 20, 2024

EDWARD Y. KIM
Acting United States Attorney

By: _____

Hagan Scotten
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____

Jonathan Rosen, Esq.
*Request for Admission Pro Hac Vice Intended*
Attorney for Erden Arkan