UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERDEN ARKAN,<br><br>                Defendant. | Case No.: 1:2025cr0013<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jonathan Rosen hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Erden Arkan in the above-captioned action.

    I am in good standing of the bar(s) of the state of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state of federal court.  I have never been convicted of a felony. I have never been censured, suspended disbarred or denied admission or readmission by any court. The affidavit required pursuant to Local Rule 1.3 is attached hereto as Exhibit A.  Certificates of Good Standing issued by the Court of Appeals of the District of Columbia and the Supreme Court of California are attached hereto as Exhibit B.

Dated:  January 23, 2025                Respectfully submitted,

                                                                       _____
                                                                       Jonathan Rosen, Esq.
                                                                       Potomac Law Group, PLLC
                                                                       1717 Pennsylvania Avenue, NW, Suite 1025
                                                                       Washington, DC 20006
                                                                       Tel: (202) 321-3416 Fax: (202) 318-7707
                                                                       jrosen@potomaclaw.com

                                                                       Counsel for Erden Arkan

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record who have appeared in this case on behalf of the parties will receive the Court's notification of electronic filing.

                                                   _____
                                                      Jonathan Rosen, Esq.