UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ERDEN ARKAN,

                Defendant.

Case No.: 1:2025cr0013

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the oral and written motion of Jonathan Rosen for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in goods standing of the bars of the State of California and the District of Columbia; and that his contact information is as follows:

Applicant's Name: Jonathan Rosen

Firm Name: Potomac Law Group, PLLC

Address: 1717 Pennsylvania Avenue, NW, Suite 1025, Washington, DC 20006

Telephone/Fax: Tel: (202) 321-3416 Fax: (202) 318-7707

Email: jrosen@potomaclaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, Erden Arkan in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is respectfully directed to closed ECF No. 7.

Dated: February 26, 2025
       New York, New York

_____
Dale E. Ho
United States District Judge