

**Potomac Law Group, PLLC**

1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.558.5557 | F 202.318.7707 | www.potomaclaw.com

Jonathan Rosen
Tel: (202) 321-3416
jrosen@potomaclaw.com

August 1, 2025

> Application **GRANTED**. ECF No. 12 shall be permenantly sealed with access limited to the parties and the Court. The Clerk of Court is respectfully directed to close ECF No. 14. **SO ORDERED.**
>
> Dated: August 1, 2025
> New York, New York
>
> Dale E. Ho
> United States District Judge

Via ECF

Hon. Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Re:   United States v. Erden Arkan
　　　Case No.
　　　Docket No.: 0208 1:25CR00013- 001 (DEH)

Dear Judge Ho,

　　　Earlier today Defendant's Sentencing Submission was filed via ECF (Dkt. 12). The unredacted version of the Sentencing Submission was erroneously uploaded. The ECF Clerk has temporarily sealed Dkt. 12. Per the ECF rule 21.8, we write to request the permanent sealing of Dkt. 12.

　　　A redacted version of the Defendant's Sealing Submission has been filed via ECF (Dkt. 13).

Very truly yours,

Jonathan N. Rosen

Robert Sobelman (USANYS) (Robert.Sobelman@usdoj.gov)