# Inner City Press

August 13, 2025

**By ECF**

Hon. Dale E. Ho, United States District Judge
Southern District of New York, 40 Foley New York, NY 10007

Re: Press application challenging the sealing in all of 53 sentencing exhibits / letters in USA v. Arkan, 25-cr-13 (DEH)

Dear Judge Ho:

   Inner City Press has been covering the above captioned case, as it did US v. Adams, 23-cr-556 (see Dkt 126 and Order at Dkt 183) since the first filing in 2024.

   On August 1 defense counsel submitted a sentencing submission but without any justification sealed 53 exhibits, presumably sentencing letters.  This does not comply with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006) - which states, "The common law right of public access to judicial documents is firmly rooted in our nation's history."

   Defense counsel's letter cursorily stated, We write to request the permanent sealing of Dkt. 12. It makes no representation as to the US Attorney's Office position. Nor did it provide any justification for the sealing in full.

     This is a request, on behalf of Inner City Press and in my personal capacity, to unredact the sentencing memo and letters. As for example the Second Circuit ruled on July 28, 2025 in *Lee v. Greenwood*, 23-7432 (Ramos), sealing must be justified by "specific, on-the-record findings that sealing is necessary to preserve higher values." See, https://ww3.ca2.uscourts.gov/decisions/isysquery/951288b2-3be2-421a-b914-d6d19c276f04/2/doc/23-7432_opn.pdf  That 2d Circuit decision must be applied in this case.

    At a recent meeting of this Court's Media Access Committee it was suggested that such a press request should be made in writing to the District Judge. But it would seem to be up to the Court to unseal / unredact.  Please act on this challenge to the sealing(s) in this case, as SDNY Judges Hellerstein, Castel, Caproni, Subramanian, Furman and others have done. See, e.g., https://storage.courtlistener.com/recap/gov.uscourts.nysd.516151/gov.uscourts.nysd.516151.85.0.pdf .

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Box 130222, Chinatown Station, New York, NY 10013

If deemed necessary, this now is a request to intervene, see *United States v. All Funds on Deposit at Wells Fargo Bank*, 643 F. Supp. 2d 577, 580 (S.D.N.Y. 2009)

Please act on this request, as soon as possible. Sentencing is scheduled for August 15 and the inappropriate redactions should be reversed before sentencing.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc: Counsel by ECF