UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERDEN ARKAN,<br>　　　　　　　　Defendant. | 25-CR-13 (DEH)<br><br><u>UNSEALING ORDER</u> |

DALE E. HO, United States District Judge:

　　On August 1, 2025, counsel for Defendant filed a letter requesting the permanent sealing of Defendant's unredacted sentencing submission, ECF No. 12, which was mistakenly filed on the public docket. *See* ECF No. 14. The Court granted counsel's request on the same day. *See* ECF No. 15. The Clerk of Court then sealed not only the Defendant's sentencing submission at ECF No. 12, but also the attachments to it, which had already been redacted by defense counsel, *see* ECF Nos. 12-1 and 12-2. Because counsel's letter request sought sealing only of Defendant's unredacted sentencing submission, and not of the redacted exhibits attached to it, the sealing of ECF Nos. 12-1 and 12-2 appears to have been in error.

　　Therefore, it is hereby **ORDERED** that the exhibits attached to Defendant's sentencing submission be unsealed. The Clerk of Court is respectfully directed to unseal ECF No. 12-1 and 12-2.

　　SO ORDERED.

Dated: August 14, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge