

New York City Campaign Finance Board
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
Chair

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
Members

Paul Seamus Ryan
Executive Director

August 15, 2025

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Victim Impact Statement
*United States v. Erden Arkan*, 15 Cr. 13

Dear Judge Ho:

      The actions of Erden Arkan have significantly impacted the New York City Campaign Finance Board ("the Board"). The Board administers the Campaign Finance Program (the "Program") which provides public matching funds to candidates for New York City public office. *See* Admin Code § 3-701 *et seq*. Public matching funds are drawn from the Campaign Finance Fund, a special fund comprised of public dollars drawn from the City's general funds. N.Y.C. Charter § 1052(a)(10); Admin. Code § 3-709. To qualify to receive public matching funds, a candidate must agree to abide by the Program's requirements, which include limitations on the amount of contributions the candidate's committee may receive from any single contributor. Mr. Arkan's participation in a straw donor scheme had a negative impact on two of the Board's core functions: the administration of the Program and the Board's publication of accurate and detailed information about money raised in city elections. These measures are intended to enable an open and transparent local democracy; our ability to foster such an environment fundamentally requires the public to trust the Board to safeguard taxpayer dollars from corruption and the appearance of corruption.

      The straw donor fraud at issue in this matter wasted taxpayer dollars. The scheme resulted in the Board disbursing taxpayer matching funds to the 2021 Eric Adams Campaign for these fraudulent contributions. This act deteriorated the integrity of the Program—such fraudulent schemes can give rise to public perception that the program is both wasteful and a potential tool for corruption. The disbursement of fraudulently obtained matching funds weakens public trust in the Board as well as faith in our local democracy writ large.

Additionally, Mr. Arkan instructed his employees to report that they were contributors, when they were not the source of the contributed funds. Such conduct obscures the true source of the contributions. This scheme prevented New Yorkers from accessing true and accurate information about the campaign's financial supporters.

The Board appreciates that Mr. Arkan is cooperating with the Board's ongoing audit and investigation of the Adams 2021 and 2025 Campaigns.
.

Sincerely,

Joseph Gallagher
General Counsel
NYC Campaign Finance Board
100 Church Street, 12th Floor
New York, NY 10007