

**Potomac Law Group, PLLC**
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.558.5557 | F 202.318.7707 | www.potomaclaw.com

Jonathan Rosen
Tel: (202) 321-3416
jrosen@potomaclaw.com

August 18, 2025

Via ECF

Hon. Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Re:   United States v. Erden Arkan
      Case No.
      Docket No.: 0208 1:25CR00013- 001 (DEH)

Dear Judge Ho,

    I respectfully submit this letter motion to request that the Court order the permanent release of Mr. Arkan's passport by the United States District Court Pretrial Services Agency ("Pretrial Services"). On January 10, 2025, as a condition of his release in the above-mentioned matter, Mr. Arkan surrendered his passport to Pretrial Services. On August 15, 2025, at the defendant's sentencing hearing, the government stated that it has no objection to the defendant's request.

    For the convenience of Mr. Arkan, the instant letter motion also requests that the Court authorize the return of the passport to Peter M. Kutil, a member in good standing of the bars of New York State and the Southern District. Mr. Kutil's contact details are: King & King, LLP, 629 Fifth Avenue, Suite 301, Pelham, NY 10803, (917) 861-7407 (w), pkutil@king-king-law.com. Subject to the Court's approval, Mr. Kutil expects to receive the passport from Pretrial Services and return it to Mr. Arkan.

Letter to the Court from Mr. Arkan's Counsel
August 18, 2025
Page 2

                                      Very truly yours,

                                      Jonathan N. Rosen

cc:    Robert Sobelman, AUSA
       Peter Kutil, Esq.