# Potomac
## LAW GROUP

**Potomac Law Group, PLLC**
1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.558.5557 | F 202.318.7707 | www.potomaclaw.com

Jonathan Rosen
Tel: (202) 321-3416
jrosen@potomaclaw.com

August 28, 2025

Via ECF

Hon. Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

  **Re:** **United States v. Erden Arkan**
     **Docket No.: 0208 1:25CR00013- 001 (DEH)**

Dear Judge Ho,

  I respectfully submit this letter motion to request that the Court authorize Mr. Arkan's travel to Turkey from October 15, 2025, through November 30, 2025 ("Travel Request"). The principal purpose of the Travel Request is to close the sale of one of the two Turkish properties which are identified as "assets" in the Final Presentence Investigation Report. PSR ¶ 54.

  Defense counsel identified to the government and United States Probation several discrete details of Mr. Arkan's proposed itinerary and location during the time period attendant to the Travel Request. On August 27, 2025, U.S. Probation Officer Michael Estreicher informed counsel that United States Probation has no objection to the Travel Request. On the same date, the government informed defense counsel that the government takes no position on the Travel Request.

  In further support of the Travel Request, the defense respectfully notes that Mr. Arkan has fully paid all financial liabilities which were required by the Judgment in the above-mentioned criminal case.

Letter to the Court from Mr. Arkan's Counsel
August 28, 2025
Page 2

                                                Respectfully submitted,

                                                Jonathan N. Rosen

cc:    Robert Sobelman, AUSA
        Michael Estreicher, U.S. Probation Officer