

# Potomac
## LAW GROUP

**Potomac Law Group, PLLC**

1717 Pennsylvania Avenue N.W., Suite 1025  |  Washington, D.C. 20006
T 202.558.5557  |  F 202.318.7707  |  www.potomaclaw.com

Jonathan Rosen
Tel: (202) 321-3416
jrosen@potomaclaw.com

December 3, 2025

Via ECF

Hon. Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Application **GRANTED**.  Mr. Arkan is permitted to travel between the United States and Providenciales in the Turks and Caicos archipelago from March 21 - 26, 2026, so that he may celebrate his daughter's birthday.  Mr. Arkan is directed to provide United States Probation with his itinerary and the address at which he will be staying throughout the trip.  The Clerk of Court is respectfully directed to close ECF No. 31.  **SO ORDERED.**

Dale E. Ho
United States District Court
Dated: December 8, 2025
New York, New York

Re:    **United States v. Erden Arkan**
       **Docket No.: 0208 1:25CR00013- 001 (DEH)**

Dear Judge Ho,

I respectfully submit this letter motion to request that the Court authorize Mr. Arkan's travel between the United States and Providenciales in the Turks and Caicos archipelago from March 21-26, 2026 ("Second Travel Request").  The purpose of Mr. Arkan's Second Travel Request is to celebrate the milestone birthday of one of his daughters.

On December 2. 2025, defense counsel identified to the government and United States Probation several discrete details of Mr. Arkan's proposed itinerary and location during the time period attendant to the Second Travel Request.  On that same date, the government represented that it takes no position and United States Probation stated that it has no objection to the Second Travel Request.

Respectfully submitted,

Jonathan N. Rosen

cc:    Robert Sobelman, AUSA
       Michael Estreicher, U.S. Probation Officer