

**Potomac Law Group, PLLC**

1717 Pennsylvania Avenue N.W., Suite 1025 | Washington, D.C. 20006
T 202.558.5557 | F 202.318.7707 | www.potomaclaw.com

Jonathan Rosen
Tel: (202) 321-3416
jrosen@potomaclaw.com

December 11, 2025

Via ECF

The Honorable Dale E. Ho
United States District Court Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
Courtroom 905
New York, NY 10007

Application **GRANTED**.  Mr. Arkan is permitted to travel between the United States and Providenciales in the Turks and Caicos archipelago from March 21 - 29, 2026, so that he may celebrate his daughter's birthday.  Mr. Arkan is directed to provide United States Probation with his itinerary and the address(es) at which he will be staying throughout the trip. The Clerk of Court is respectfully directed to close ECF No. 33.  **SO ORDERED**.

Dale E. Ho
United States District Judge
Dated: December 12, 2025
New York, New York

**Re:    United States v. Erden Arkan**
**Docket No.: 0208 1:25CR00013-001 (DEH)**

The Honorable Dale E Ho

On behalf of defendant Erden Arkan, undersigned counsel respectfully submits this supplement to the defendant's Second Travel Request which the Court granted on December 8, 2025.  The defendant's Second Travel Request misidentified the dates of travel.  The defense apologizes to the Court and its officers for this inconvenience and respectfully requests that the Court grant leave for the defendant to travel between the United States and Providenciales in the Turks and Caicos archipelago from March 21-29, 2026.

On December 2. 2025, defense counsel correctly identified to the government and United States Probation the accurate dates of travel, among other details.  On that same date, the government represented that it takes no position and United States Probation stated that it has no objection to the defendant's Second Travel Request from March 21-29, 2026.

Respectfully submitted,

Jonathan N. Rosen

cc:    Robert Sobelman, AUSA
Michael Estreicher, U.S. Probation Office